PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WAYNE LORENZ,<br><br>Defendant. | CASE NO. 2:24-cr-0276 JAM<br><br>PETITION TO SEAL INDICTMENT<br><br>**(UNDER SEAL)** |

TO THE HONORABLE CHI SOO KIM, UNITED STATES MAGISTRATE JUDGE: COMES NOW Jessica Delaney, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendant with violations of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253(a).

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendant poses a flight risk and could jeopardize the investigation if the charges are made public before the arrest is effected.

///

///

///

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant is arrested or until further order of this Court.

Dated: October 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Jessica Delaney
JESSICA DELANEY
Assistant United States Attorney