```
PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America
```

**FILED**
Oct 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0276 JAM |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| KENNETH WAYNE LORENZ, | **(UNDER SEAL)** |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jessica Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: October 3, 2024

_____
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                      1