UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 10, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH WAYNE LORENZ,

    Defendant.

Case No. 2:24-cr-00276-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENNETH WAYNE LORENZ , Case No. 2:24-cr-00276-DJC , Charge 18 U.S.C. § 2252(a)(4)(B) from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ _____

    _x_ Unsecured Appearance Bond $ 50,000.00 cosigned by the defendant's wife, Melody Chapman

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _x_ (Other): Release delayed until 10/11/2024 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on October 10, 2024, at 3:15 PM.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE